IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

MAY 21 2025

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

BRYANT V. GORDON

Case No. 2:25mj89
Court Date: July 2, 2025

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) – Violation No. E1032208

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 23, 2025, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BRYANT V. GORDON, did unlawfully assault Janna R. Williams.

(In violation of Title 18, United States Code, Section 113(a)(5)).

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 23, 2025, at Norfolk Naval Shipyard, Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, BRYANT V. GORDON, did willfully violate a defense property security regulation: Commander, Navy Region Mid-Atlantic Instruction 5820.2, to wit: Transporting and introducing a weapon onboard an installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Commander, Navy Region Mid-Atlantic Instruction 5820.2).

<u>COUNT THREE</u>
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 23, 2025, at Norfolk Naval Shipyard, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, BRYANT V. GORDON, did engage in conduct in a public place, with the intent to cause public inconvenience, annoyance and alarm, and recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley Young*
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
ashley.young@usdoj.gov


**20 May 2025**
_____